

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00425-CR

**EX PARTE DAVID DELGADO**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-1651-CV-A
Honorable Jessica Crawford, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's order signed on August 14, 2020 denying appellant's habeas application seeking to reduce the amount of his bond is AFFIRMED.

SIGNED February 10, 2021.

_____
Liza A. Rodriguez, Justice